UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID SCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-13406-LTS |
| ) | |
| SUFFOLK UNIVERSITY AND ) | |
| SUFFOLK UNIVERSITY LAW SCHOOL, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Jacob Thaler as Counsel for the Defendant, Suffolk University (incorrectly named in the Complaint as both "Suffolk University" and "Suffolk University Law School"), in the above-captioned matter.

Respectfully submitted,

SUFFOLK UNIVERSITY,
By its attorneys,

*/s/ Jacob J. Thaler*
Jacob J. Thaler (BBO #698852)
MORGAN, BROWN & JOY, LLP
28 State Street, 16th Floor
Boston, MA 02109
P: (617) 523-6666
F: (617) 367-3125
E: jthaler@morganbrown.com

Dated:   November 14, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025 this document filed through the ECF system, will be served electronically through the ECF System to all registered participants as identified on the Notice of Electronic Filing ("NEF") and sent via electronic mail to Plaintiff David Scher at daves1232015@gmail.com.

*/s/ Jacob J. Thaler*
Jacob J. Thaler